# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                              **CASE NO: 6:23-mj-1739-LHP**

**JEREMY RODGERS**

AUSA: Kara Wick

Defense Attorney: Todd Doss, Federal Public Defender

| JUDGE: | **LESLIE HOFFMAN PRICE**<br>United States Magistrate Judge | DATE AND TIME: | **June 30, 2023**<br>2:10-2:40<br>30 minutes |
|---|---|---|---|
| Courtroom: | 5D | TOTAL TIME: | |
| DEPUTY CLERK: | Edward Jackson | REPORTER: | Digital<br>Orlando_Digital_Transcripts@flmd.uscourts.gov |
| INTERPRETER: | None | PRETRIAL/PROB: | Juan Cabrera |

### CLERK'S MINUTES
#### INITIAL APPEARANCE (RULE 5C)

Case called; appearances taken; procedural setting by the Court.

Court advised the Defendant of the right to remain silent.

Court inquired of the Defendant regarding competency.

Parties advised the Defendant of the requirements pursuant to the Due Process Protections Act.

Court advised the Defendant of other rights.

Defendant made an oral motion to appoint counsel.

Court granted the motion and appointed the Federal Public Defender to represent the Defendant in this district.

Government summarized the charges and maximum penalties in the Complaint.

Defendant waived Rule 5 waiver in this district. Waiver filed.

Government made an oral motion for release from custody.

Court granted the motion and released the Defendant on conditions of release as set forth in the Order Setting Conditions of Release.

Order of Removal entered.